IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCES PICKNEY, Individually and On Behalf of All Similarly Situated Persons,<br>    Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 4:19-cv-4552 |
| GREAT HOME CARE, INC., GREAT HOME HEALTH SERVICES, INC., NAY-VEL SKILL DEVELOPMENT CENTER INC., RODOLFO D. VELASCO, and NATIVIDAD VELASCO<br>    Defendants. | § | JURY DEMANDED |

## PLAINTIFF'S MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

1.   Plaintiff hereby notifies the Court that the parties have resolved this matter.

2.   The Defendants have not asserted any counterclaims in this lawsuit, and the only pending claims are those asserted by the Plaintiff.

3.   Plaintiff asks the Court to dismiss all claims asserted herein and to dismiss this lawsuit with prejudice to refiling.

    Respectfully Submitted,

    **THE BUENKER LAW FIRM**

    */s/ Josef F. Buenker*
    Josef F. Buenker
    TBA No. 03316860
    jbuenker@buenkerlaw.com
    2060 North Loop West, Suite 215
    Houston, Texas 77018
    713-868-3388 Telephone
    713-683-9940 Facsimile

    **ATTORNEY-IN-CHARGE FOR**
    **PLAINTIFF FRANCES PICKNEY**

## CERTIFICATE OF SERVICE

     I hereby certify that on October 2, 2020, I caused a copy of the forgoing document to be filed with the Court using ECF, and that I will email a copy of this pleading and the accompanying order to the Defendants.

                                                */s/ Josef F. Buenker*
                                                Josef F. Buenker