United States District Court
Southern District of Texas
**ENTERED**
October 28, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCES PICKNEY, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED, *Plaintiffs,* | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:19-cv-4552 |
| GREAT HOME CARE, INC., ET AL., *Defendants.* | § § § | |

## DISMISSAL ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss All Claims with Prejudice. ECF 28.  Defendant did not respond and the Court deems the motion unopposed. LOC. R. S.D. TEX. 7.3, 7.4.  It is

ORDERED that all claims asserted in this case are DISMISSED WITH PREJUDICE. Each party will pay their own costs.

Signed on October 28, 2020, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge